**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**


ANDREW A. GOMEZ,

      Petitioner,

vs.                                 No. CV 18-00091 KG/KRS


R.C. SMITH, Warden, and ATTORNEY
GENERAL, STATE OF NEW MEXICO

      Respondent.

## ORDER

**THIS MATTER** having come before the Court on the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed by Petitioner Andrew Anthony Gomez (Doc. 2) and the Court being fully advised;

**IT IS ORDERED** that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed by Petitioner Andrew Anthony Gomez (Doc. 2) is hereby **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
UNITED STATES MAGISTRATE JUDGE