IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW ANTHONY GOMEZ,

    Petitioner,

vs.                                        No. CV 18-00091 KG/KRS

R.C. SMITH, WARDEN,

    Respondent.

## JUDGMENT

**THIS MATTER** having come before the Court under Rule 4 of the Rules Governing Section 2254 Proceedings on Petitioner Andrew Anthony Gomez's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1) and the Court having entered a memorandum opinion and order dismissing the Petition,

**IT IS ORDERED** that **JUDGMENT** is entered against Petitioner and Petitioner Andrew Anthony Gomez's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is **DISMISSED** with prejudice as barred by the one-year statute of limitations of 28 U.S.C. § 2244(d).

_____
UNITED STATES DISTRICT JUDGE